# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| American Preparatory Schools, Inc., | Case No.: 2:20-cv-01205-JAD-NJK |
| Plaintiff | **Order Setting Briefing Schedule on Motion for Temporary Restraining Order** |
| v. | [ECF No. 3] |
| Nevada Charter Academies; Lee Iglody; Jonathan Gardner; Melissa St. Jean; Ernie Elliott; Candyce Farthing; Rachelle Hulet, | |
| Defendants | |

Charter-school manager American Preparatory Schools, Inc. (APS) moves for an order temporarily restraining the defendants from (1) failing to honor the management agreement that APS contends exists between it and Nevada Charter Academies and (2) infringing APS's "American Preparatory Academy" trademark.[1]  Although APS's motion is ripe for determination under this district's local rules, there is no evidence that any defendant has yet been served with process in this nascent case, let alone a copy of the motion.

Accordingly, IT IS HEREBY ORDERED that APS must serve a copy of its motion for temporary restraining order and this scheduling order on each defendant as soon as practicable and must thereafter file proof of that service with the court.

IT IS FURTHER ORDERED that any response to the motion for temporary restraining order [ECF No. 3] must be filed by July 6, 2020, and any reply must be filed by July 13, 2020.

_____
U.S. District Judge Jennifer A. Dorsey
June 26, 2020

---

[1] ECF No. 3.