LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com
*Attorneys for Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY – LAS VEGAS, a Nevada Corporation, LEE IGLODY, an individual, JONATHAN GARDNER, an individual, MELISSA ST. JEAN, an individual, ERNIE ELLIOT, an individual, and CANDYCE FARTHING, an individual, RACHELLE HULET, an individual,<br><br>Defendants. | Case No: 2:20-cv-01205-JAD-NJK<br><br>**STIPULATION AND ORDER REGARDING ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

WHEREAS the Plaintiff, American Preparatory Schools, Inc. (APS) moved this Court for a Temporary Restraining Order [ECF No. 3];

WHEREAS this Court issued an Order Setting Briefing Schedule, which required service of the Motion for Temporary Restraining Order as soon as practicable;

WHEREAS this Court ORDERED that any response to the Motion for Temporary Restraining Order [ECF No. 3] must have been filed by July 6, 2020, and any reply must be filed by July 13, 2020;

WHEREAS the Plaintiff effectuated service of the Motion for Temporary Restraining Order on July 7, 2020, after the date for which response was due;

WHEREAS the Plaintiff and Defendants have met and conferred and agreed to amend the Order Setting Briefing Schedule to allow adequate time for response.

Accordingly, IT IS HEREBY ORDERED that any response to the Motion for Temporary Restraining Order [ECF No. 3] must be filed by July 16, 2020 and any reply must be filed by July 23, 2020.

| | |
|---|---|
| DATED this 13th day of July, 2020<br>LIPSON NEILSON P.C.<br><br>/s/ *Lisa J. Zastrow*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing*<br><br>DATED this 13th day of July, 2020.<br><br>HOGAN HULET<br><br>/s/ *Kenneth E. Hogan*<br>KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>1140 N. Town Center, Ste. 200<br>Las Vegas, NV 89144<br>*Attorneys for Defendant Rachelle Hulet* | DATED this 13th day of July, 2020.<br>TAKOS LAW GROUP, LTD.<br><br>/s/ *Zachary P. Takos*<br>ZACHARY P. TAKOS, ESQ.<br>Nevada Bar No. 11293<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff*<br><br>-and-<br>PARR BROWN GEE & LOVELESS<br><br>JONATHAN O. HAFEN, pro hac vice pending<br>CHAD S. PEHRSON, pro hac vice pending<br>STEPHEN C. MOURITSEN, pro hac vice pending<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br><br>*Attorneys for Plaintiff* |

DATED: 7/13/2020

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE