LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com
*Attorneys for Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing*

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

*** * ***

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation,<br><br>Plaintiff,<br>vs.<br><br>NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY – LAS VEGAS, a Nevada Corporation, LEE IGLODY, an individual, JONATHAN GARDNER, an individual, MELISSA ST. JEAN, an individual, ERNIE ELLIOT, an individual, and CANDYCE FARTHING, an individual, RACHELLE HULET, an individual,<br><br>Defendants. | Case No: 2:20-cv-01205-JAD-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, and Candyce Farthing, Defendant Rachelle Hulet (altogether herein referred to as "Defendants"), and American Preparatory Schools, Inc. ("Plaintiff"), by and through their respective attorneys of record, HEREBY STIPULATE AND AGREE, that Defendants shall have through and including **July 27, 2020**, within which to file and serve a response to Plaintiff's Complaint [ECF No. 1]. This Stipulation is made in accordance with

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

LR IA 6-1 and LR 6-2, of the Local Rules of this Court. This is the first request for extension of time to file an answer or otherwise respond to Plaintiff's Complaint from the original due date of July 16, 2020

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the extension requested is that the Defendants' counsels require additional time to prepare a responsive pleading to the Plaintiff's Complaint in view of the Plaintiff's filing of a Motion for Temporary Restraining Order [ECF No. 3] and the pendency of the briefings thereon [ECF No. 16].

Upon agreement by and between all the parties herein, the undersigned respectfully request this Court grant an extension of time, up to and including **July 27, 2020**, for all Defendants to file their Answer or otherwise respond to Plaintiff's Complaint.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

The parties have entered into this Stipulation in good faith and not for purposes of delay.

| | |
|---|---|
| DATED this 20th day of July, 2020<br>LIPSON NEILSON P.C.<br><br>*/s/ Lisa J. Zastrow*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing*<br><br>DATED this 20th day of July, 2020.<br><br>HOGAN HULET<br><br>*/s/ Kenneth E. Hogan*<br>KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>1140 N. Town Center, Ste. 200<br>Las Vegas, NV 89144<br>*Attorneys for Defendant Rachelle Hulet* | DATED this 20th day of July, 2020.<br>TAKOS LAW GROUP, LTD.<br><br>*/s/ Zachary P. Takos*<br>ZACHARY P. TAKOS, ESQ.<br>Nevada Bar No. 11293<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff*<br><br>-and-<br><br>PARR BROWN GEE & LOVELESS<br><br>JONATHAN O. HAFEN, pro hac vice pending<br>CHAD S. PEHRSON, pro hac vice pending<br>STEPHEN C. MOURITSEN, pro hac vice pending<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: July 21, 2020