LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendants Nevada Charter Academies dba*
*American Preparatory Academy – Las Vegas, Lee Iglody,*
*Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation, | Case No: 2:20-cv-01205-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY – LAS VEGAS, a Nevada Corporation, LEE IGLODY, an individual, JONATHAN GARDNER, an individual, MELISSA ST. JEAN, an individual, ERNIE ELLIOT, an individual, and CANDYCE FARTHING, an individual, RACHELLE HULET, an individual, | **(Second Request)** |
| Defendants. | |

Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, and Candyce Farthing ("Defendants") and American Preparatory Schools, Inc. ("Plaintiff"), by and through their respective attorneys of record, HEREBY STIPULATE AND AGREE, that Defendants shall have through and including **July 29, 2020**, within which to file and serve a response to Plaintiff's Complaint [ECF No. 1]. This Stipulation is made in accordance with LR IA 6-1 and LR 6-2, of the Local Rules of this Court.

This is the second request for extension of time to file an answer or otherwise respond to Plaintiff's Complaint from the original due date of July 16, 2020

The Court had earlier granted the parties' stipulation to an extension of time, up to and including July 27, 2020, for all Defendants (including Defendant Rachelle Hulet) to file their Answer or otherwise respond to Plaintiff's Complaint [ECF No. 26]. Pursuant to Local Rule IA 6-1(a), the parties state the reason for the extension requested is that, with the fast moving space of the TRO brefing, counsel for the Defendants need more time to properly respond to the Complaint, and will need additional time of two (2) more days, up to and including July 29, 2020, to prepare responsive pleading.

Upon agreement by and between all the parties herein, the undersigned respectfully request this Court grant another extension of time, up to and including **July 29, 2020**, for Defendants to file their Answer or otherwise respond to Plaintiff's Complaint.

///
///
///
.//
///
///
///
///
///
///
///
///

The parties have entered into this Stipulation in good faith and not for purposes of delay.

| | |
|---|---|
| DATED this 24th day of July, 2020<br>LIPSON NEILSON P.C.<br><br>*/s/ Lisa J. Zastrow*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing* | DATED this 24th day of July, 2020.<br>TAKOS LAW GROUP, LTD.<br><br>*/s/ Zachary P. Takos*<br>ZACHARY P. TAKOS, ESQ.<br>Nevada Bar No. 11293<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff*<br><br>-and-<br><br>PARR BROWN GEE & LOVELESS<br><br>JONATHAN O. HAFEN, pro hac vice pending<br>CHAD S. PEHRSON, pro hac vice pending<br>STEPHEN C. MOURITSEN, pro hac vice pending<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 27, 2020