Zachary P. Takos, Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Telephone: 702.856.4629
Email: zach@takoslaw.com

Jonathan O. Hafen, *admitted pro hac vice*
Chad S. Pehrson, *admitted pro hac vice*
Stephen C. Mouritsen, *pro hac vice pending*
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Tel: (801) 532-7840
Email:  jhafen@parrbrown.com
          cpehrson@parrbrown.com
          smouritsen@parrbrown

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
THE DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY—LAS VEGAS, a Nevada Corporation, LEE IGLODY, an individual, JONATHAN GARDNER, an individual, MELISSA ST. JEAN, an individual, ERNIE ELLIOTT, an individual, and CANDYCE FARTHING, an individual, RACHELLE HULET, an individual,<br><br>Defendants. | Case No. 2:20-cv-01205-JAD-NJK<br><br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON RACHELLE HULET'S MOTION TO DISMISS AND OTHER DEFENDANTS' JOINDERS THERETO**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 43 |

1

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that Plaintiff American Preparatory Schools, Inc. ("APS") shall have a first extension of time of two (2) days to file its opposition to Defendant Rachelle Hulet's Motion to Dismiss (ECF No. 40) and the other defendants' joinders thereto (ECF Nos. 41-42). Plaintiff's counsel requests more time to finalize its brief and coordinate the filing with co-counsel. APS's response to the Motion to Dismiss and joinders will now be due on August 14, 2020. The parties stipulate and request that the Court enter an Order approving the briefing schedule set forth above.

**IT IS SO STIPULATED.**

DATED this 12th day of August, 2020.   DATED this 12th day of August, 2020.

**TAKOS LAW GROUP, LTD.**

  /s/ Zachary P. Takos                         /s/ Kenneth Hogan
Zachary P. Takos, Esq., NV Bar No. 11293       Kenneth Hogan, Esq., NV Bar No. 10083
1980 Festival Plaza Drive, Suite 300           1140 N. Town Center Dr., Suite 300
Las Vegas, Nevada 89135                        Las Vegas, Nevada 89144

*Counsel for Plaintiff*                        *Counsel for Rachelle Hulet*

DATED this 12th day of August, 2020.

**LIPSON NEILSON P.C.**

  /s/ Lisa J. Zastrow
Lisa J. Zastrow, Esq., NV Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Counsel for Nevada Charter Academies dba American Preparatory Academy—Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, and Candyce Farthing*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2020