LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com
*Attorneys for Defendants Nevada Charter Academies dba*
*American Preparatory Academy – Las Vegas, Lee Iglody,*
*Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation, | Case No: 2:20-cv-01205-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY – LAS VEGAS, a Nevada Corporation, LEE IGLODY, an individual, JONATHAN GARDNER, an individual, MELISSA ST. JEAN, an individual, ERNIE ELLIOT, an individual, and CANDYCE FARTHING, an individual, RACHELLE HULET, an individual, | **(Second Request)** |
| | ECF No. 46 |
| Defendants. | |

Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, and Candyce Farthing, Defendant Rachelle Hulet (altogether herein referred to as "Defendants"), and American Preparatory Schools, Inc. ("Plaintiff"), by and through their respective attorneys of record, HEREBY STIPULATE AND AGREE, that Defendants shall have through and including **August 26, 2020**, within which to file and serve their Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint [ECF

No. 40]. This Stipulation is made in accordance with LR IA 6-1 and LR 6-2, of the Local Rules of this Court. This is the first request for extension of time to file an answer or otherwise respond to Plaintiff's Complaint from the original due date of August 21, 2020.

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the extension requested is that the Defendants' counsels require additional time to prepare a responsive pleading to the Opposition. [Doc 45]

Upon agreement by and between all the parties herein, the undersigned respectfully request this Court grant an extension of time, up to and including **August 26, 2020**, for all Defendants to file their

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

Reply in Support of its Motion to Dismiss First Amended Complaint. The parties have entered into this Stipulation in good faith and not for purposes of delay.

| | |
|---|---|
| DATED this 21st day of August, 2020<br>LIPSON NEILSON P.C.<br><br>*/s/ Lisa J. Zastrow*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants Nevada Charter Academies dba American Preparatory Academy – Las Vegas, Lee Iglody, Jonathan Gardner, Melissa St. Jean, Ernie Elliott, Candyce Farthing*<br><br>DATED this 21st day of August, 2020.<br><br>HOGAN HULET<br><br>*/s/ Kenneth E. Hogan*<br>KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>1140 N. Town Center, Ste. 200<br>Las Vegas, NV 89144<br>*Attorneys for Defendant Rachelle Hulet* | DATED this 21st day of August, 2020.<br>TAKOS LAW GROUP, LTD.<br><br>*/s/ Zachary P. Takos*<br>ZACHARY P. TAKOS, ESQ.<br>Nevada Bar No. 11293<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff*<br><br>   -and-<br><br>PARR BROWN GEE & LOVELESS<br><br>JONATHAN O. HAFEN, pro hac vice pending<br>CHAD S. PEHRSON, pro hac vice pending<br>STEPHEN C. MOURITSEN, pro hac vice pending<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2020