# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEVADA CHARTER ACADEMIES, et al., <br><br> Defendants. | Case No.: 2:20-cv-01205-JAD-NJK <br><br> **ORDER** <br><br> [Docket Nos. 79, 81] |

Pending before the Court is Plaintiff's motion for leave to submit a third amended complaint. Docket No. 79. Also pending before the Court is the parties' stipulation to grant Plaintiff's motion to file a third amended complaint and to extend the time for Defendants' responsive filings. Docket No. 81.

For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 81. Plaintiff must file its third amended complaint no later than December 18, 2020, and promptly serve it. Defendants shall file their responses to Plaintiff's third amended complaint no later than January 15, 2021. Plaintiff's motion for leave to submit a third amended complaint is hereby **DENIED** as moot. Docket No. 79.

IT IS SO ORDERED.

Dated: December 16, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1