1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 AMERICAN PREPARATORY SCHOOLS, INC.,

Case No.: 2:20-cv-01205-JAD-NJK

8      Plaintiff,

**ORDER**

9 v.

[Docket No. 85]

10 NEVADA CHARTER ACADEMIES, et al.,

11      Defendants.

12      Pending before the Court is a stipulation of extension of time for Defendants to file a

13 response to Plaintiff's amended complaint.  Docket No. 85.  A request to extend time must state

14 the reasons for the extension requested.  LR IA 6-1(2).  The instant stipulation fails to state a reason

15 for the parties' request.

16      Accordingly, the parties' stipulation, Docket No. 85, is hereby **DENIED** without prejudice.

17      IT IS SO ORDERED.

18      Dated: January 15, 2021

19

_____

20 Nancy J. Koppe
United States Magistrate Judge

21

22

23

24

25

26

27

28

1