**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation,<br><br>        Plaintiff,<br>    vs.<br><br>NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY— LAS VEGAS, a Nevada Corporation, RACHELLE HULET, an individual,<br><br>        Defendants. | Case Number:<br>2:20-cv-01205-JAD-NJK<br><br><br>__ORDER TO EXTEND TIME FOR FILING OF RESPONSES TO THIRD AMENDED COMPLAINT__ |

Plaintiff American Preparatory Schools, Inc. ("Plaintiff"), by and through its counsel of record, the law firms of Parr Brown Gee & Loveless and the Takos Law Group, LTD., Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas ("APA"), by and through its counsel of record, the law firms of Lipson Neilson P.C. and Hayes Wakayama, and Defendant Rachelle Hulet ("Hulet"), by and through her counsel of record, the law firm of Hogan Hulet, (collectively the "Parties"), hereby stipulate and agree as follows:

/ / /

/ / /

1.     On December 16, 2020, this Court filed an Order instructing the Plaintiff to file its Third Amended Complaint no later than December 18, 2020, and Defendants to file their responses to Plaintiff's Third Amended Complaint by January 15, 2021 [ECF No. 82].

2.     On December 16, 2020, Plaintiff filed its Third Amended Complaint [ECF No. 83].

3.     On January 12, 2021, a Notice of Appearance of Co-Defense Counsel was filed noticing the appearance of the law firm of Hayes Wakayama as co-defense counsel for Defendant APA, together with the law firm of Lipson Neilson [ECF No. 84].

4.     The Parties had agreed to extend the deadline for Defendants' to file their responses to Plaintiff's Third Amended Complaint for two weeks from January 15, 2021 up through and including January 29, 2021. [ECF 87].

5.     The reason for the Parties' requesting this instant third extension is they have recently engaged in meaningful resolution discussions, and the parties wish to conduct such negotiations without the complications that answers and counterclaims may create.

6.     It is accordingly in the best interest of all Parties not to publish the Defendants' responses to the Third Amended Complaint at this time, and the Parties have agreed that a two-week extension will allow for further productive settlement discussions.  Therefore, the Parties agree to extend the deadline from January 29, 2021 to February 12, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      7.      This is the third submission of this request for extension of time to file responses to

2   Plaintiff's Third Amended Complaint.

3          IT IS SO STIPULATED.

4   Dated this 29th day of January, 2021

5                                              IT IS SO ORDERED.

6

7

8

9                                              _____
                                               NANCY J. KOPPE
10                                             UNITED STATES MAGISTRATE JUDGE

11                                              DATED:  January 29, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28