UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation,<br><br>        Plaintiff,<br>vs.<br><br>NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY – LAS VEGAS, a Nevada Corporation, and RACHELLE HULET, an individual,<br><br>        Defendants. | Case No:  2:20-cv-01205-JAD-NJK<br><br>**ORDER TO EXTEND TIME FOR FILING OF RESPONSES TO THIRD AMENDED COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Plaintiff American Preparatory Schools, Inc. ("Plaintiff"), by and through its counsel of record, the law firms of Parr Brown Gee & Loveless and the Takos Law Group, LTD., Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas ("APA"), by and through its counsel of record, the law firms of Lipson Neilson P.C. and Hayes Wakayama, and Defendant Rachelle Hulet ("Hulet"), by and through her counsel of record, the law firm of Hogan Hulet, (collectively the "Parties"), hereby stipulate and agree as follows:

/././

/././

Page 1

1. On December 16, 2020, this Court filed an Order instructing the Plaintiff to file its Third Amended Complaint no later than December 18, 2020, and Defendants to file their responses to Plaintiff's Third Amended Complaint by January 15, 2021 [ECF No. 82].

2. On December 16, 2020, Plaintiff filed its Third Amended Complaint [ECF No. 83].

3. On January 12, 2021, a Notice of Appearance of Co-Defense Counsel was filed noticing the appearance of the law firm of Hayes Wakayama as co-defense counsel for Defendant APA, together with the law firm of Lipson Neilson [ECF No. 84].

4. The Parties agreed to extend the deadline for Defendants' to file their responses to Plaintiff's Third Amended Complaint for two weeks from January 15, 2021 up through and including January 29, 2021. [ECF 87].

5. The Parties once again agreed to extend the deadline for an additional two weeks **due to settlement discussions**, setting the current deadline to February 12, 2021. [ECF 90]

6. The reason for the Parties' requesting this instant fourth extension is that **the parties have agreed to privately mediate this matter.**

7. It is accordingly in the best interest of all Parties not to publish the Defendants' responses to the Third Amended Complaint at this time insomuch as the Parties have agreed that a ninety-day extension will allow for enough time for the Parties to mediate.

8. **While in a typical case, private mediation would not necessitate more than sixty days, here a ninety-day extension is necessary given any resolution will require approval by the Defendant School Board**.

9. Therefore, the Parties agree to extend the deadline from February 12, 2021 to May 12, 2021.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: February 16, 2021

_____
United States Magistrate Judge