1  **HAYES | WAKAYAMA**
   DALE A. HAYES, JR., ESQ.
2  Nevada Bar No. 9056
   LIANE K. WAKAYAMA, ESQ.
3  Nevada Bar No. 11313
   JEREMY D. HOLMES, ESQ.
4  Nevada Bar No. 14379
5  4735 S. Durango Drive, Ste. 105
   Las Vegas, Nevada 89147
6  (702) 656-0808 – Telephone
   (702) 655-1047 – Facsimile
7  dhayes@hwlawNV.com
8  lkw@hwlawNV.com
   jholmes@hwlawNV.com
9  *Attorneys for Defendant Nevada Charter*
   *Academies d/b/a American Preparatory*
10 *Academy – Las Vegas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY— LAS VEGAS, a Nevada Corporation, RACHELLE HULET, an individual,<br><br>Defendants. | Case Number:<br>2:20-cv-01205-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF RESPONSES TO THIRD AMENDED COMPLAINT**<br><br>**AND**<br><br>**STAY ALL PROCEEDINGS TO FINALIZE SETTLEMENT**<br><br>**(FIFTH REQUEST)**<br><br>ECF Nos. 93, 96 |

Plaintiff American Preparatory Schools, Inc. ("Plaintiff"), by and through its counsel of record, the law firms of Parr Brown Gee & Loveless and the Takos Law Group, LTD., Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas ("APA"), by and through its counsel of record, the law firms of Lipson Neilson P.C. and Hayes Wakayama, and Defendant Rachelle Hulet ("Hulet"), by and through her counsel of record, the law firm of Hogan Hulet, (collectively the "Parties"), hereby stipulate and agree as follows:

Page 1

1. On December 16, 2020, this Court filed an Order instructing the Plaintiff to file its Third Amended Complaint no later than December 18, 2020, and Defendants to file their responses to Plaintiff's Third Amended Complaint by January 15, 2021 [ECF No. 82].

2. On December 16, 2020, Plaintiff filed its Third Amended Complaint [ECF No. 83].

3. On January 12, 2021, a Notice of Appearance of Co-Defense Counsel was filed noticing the appearance of the law firm of Hayes Wakayama as co-defense counsel for Defendant APA, together with the law firm of Lipson Neilson [ECF No. 84].

4. The Parties had agreed to extend the deadline for Defendants' to file their responses to Plaintiff's Third Amended Complaint for two weeks from January 15, 2021 up through and including January 29, 2021. [ECF 87].

5. The reason for the Parties' requesting the third extension was they had recently engaged in meaningful resolution discussions, and the parties wished to conduct such negotiations without the complications that answers and counterclaims may have created.

6. It was accordingly in the best interest of all Parties not to publish the Defendants' responses to the Third Amended Complaint at the time, and the Parties agreed that a two-week extension would allow for further productive settlement discussions. Therefore, the Parties agreed to extend the deadline from January 29, 2021 to February 12, 2021.

7. Thereafter, the parties agreed to extend the deadline in order to participate in private mediation, as reflected in the Fourth Stipulation and Order to Extend. [ECF #91 & 92].

8. On May 3, 2021 and May 4, 2021, the parties participated in private mediation with Hon. Judge Trevor L. Atkin (Ret.) at Advanced Resolution Management.

9. After two full days of mediation, the parties continued to negotiate with the assistance of Judge Adkin throughout this past week, into today.

10. Today, on the evening of May 12, 2021, the parties reached an agreement to resolve all claims asserted, and not yet asserted.

11. The parties recognize that this Honorable Court indicated that no additional extensions will be granted; however, the parties are representing to this Court that the matter has resolved in principle.

12. The agreement is very complex insomuch as finalizing the agreement will require completion of due diligence to finalize the terms.

13. The due diligence will involve hiring additional parties to assist and finalize necessary transactions.

14. The parties desire to keep all issues confidential at this time given the nature of the claims.

15. Therefore, the parties request that this matter be stayed, entirely, in order to finalize the agreement for one hundred and twenty (120) days.

16. This is the fifth submission request for extension of time to file responses to Plaintiff's Third Amended Complaint, and the first request to stay the entire proceeding.

IT IS SO STIPULATED

| | |
|---|---|
| Dated this 12th day of May, 2021<br>**TAKOS LAW GROUP, LTD.** | Dated this 12th day of May, 2021<br>**HAYES | WAKAYAMA** |
| By: */s/ Zachary P. Takos, Esq.*<br>ZACHARY P. TAKOS, ESQ.<br>Nevada Bar No. 11293<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, Nevada 89135<br><br>**PARR BROWN GEE & LOVELESS**<br>JONATHAN O. HAFEN, ESQ<br>*Admitted pro hac vice*<br>CHAD S. PEHRSON, ESQ.<br>*Admitted pro hac vice*<br>STEPHEN C. MOURITSEN, ESQ.<br>*Admitted pro hac vice*<br>101 South 200 East, Suite 700<br>Salt Lake City, Utah 84111<br><br>*Attorneys for Plaintiff American Preparatory Schools, Inc.* | By: */s/ Dale A. Hayes, Jr., Esq.*<br>DALE A. HAYES, JR., ESQ.<br>Nevada Bar No. 9056<br>LIANE K. WAKAYAMA, ESQ.<br>Nevada Bar No. 11313<br>JEREMY D. HOLMES, ESQ.<br>Nevada Bar No. 14379<br>4735 S. Durango Drive, Ste. 105<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas* |

/ / /

HAYES | WAKAYAMA
4735 S. Durango Drive, Suite 105
Las Vegas, Nevada 89147
TEL: (702) 656-0808 | FAX: (702) 655-1047

Dated this 12th day of May, 2021

**LIPSON NEILSON P.C.**

By: */s/ Lisa J. Zastrow, Esq.*
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    LISA J. ZASTROW, ESQ.
    Nevada Bar No. 9727
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

*Attorneys for Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas*

Dated this 12th day of May, 2021

**HOGAN HULET**

By: */s/ Kenneth E. Hogan, Esq.*
    KENNETH E. HOGAN, ESQ.
    Nevada Bar No. 10083
    1140 N. Town Center, Ste. 200
    Las Vegas, Nevada 89144

*Attorneys for Defendant Rachelle Hulet*

## ORDER

Based on the parties' stipulation **[ECF No. 96]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS STAYED for all purposes thorough September 9, 2021**. And because this action and all deadlines are stayed, the stipulation to extend time to respond to the third amended complaint **[ECF No. 93]** is DENIED as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 13, 2021