**HAYES | WAKAYAMA**
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
4735 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89147
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hwlawNV.com
lkw@hwlawNV.com
jholmes@hwlawNV.com
*Attorneys for Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN PREPARATORY SCHOOLS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CHARTER ACADEMIES d/b/a AMERICAN PREPARATORY ACADEMY— LAS VEGAS, a Nevada Corporation, RACHELLE HULET, an individual,<br><br>Defendants. | Case Number:<br>2:20-cv-01205-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE STAY OF ALL PROCEEDINGS TO FINALIZE SETTLEMENT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 98 |

Plaintiff American Preparatory Schools, Inc. ("Plaintiff"), by and through its counsel of record, the law firms of Parr Brown Gee & Loveless and the Takos Law Group, LTD., Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas ("APA"), by and through its counsel of record, the law firms of Lipson Neilson P.C. and Hayes Wakayama, and Defendant Rachelle Hulet ("Hulet"), by and through her counsel of record, the law firm of Hogan Hulet, (collectively the "Parties"), hereby stipulate and agree as follows:

1. On May 13, 2021, this Court granted a Stipulation and Order to Extend Time for Filing of Responses to Third Amended Complaint and Stay All Proceedings to Finalize Settlement

1  (Fifth Request) which stayed all proceedings in this matter through September 9, 2021 [ECF No. 97].

2.     The Parties had requested a stay of proceedings since they had engaged in meaningful settlement discussions to resolve all claims asserted, and not yet asserted, and had started to draft the settlement documents.

3.     The Parties are now requesting more time to finalize the settlement documents because the contemplated transactions are very complex requiring the input of tax, bonding and other professionals.

4.     Therefore, the Parties request that the stay of this matter be continued in order to finalize the settlement documents for an additional ninety (90) days.

5.     This is the first submission of a stipulation to continue the stay of these proceedings.

IT IS SO STIPULATED

Dated this 10th day of September, 2021

**TAKOS LAW GROUP, LTD.**

By: /s/ Zachary P. Takos, Esq.
ZACHARY P. TAKOS, ESQ.
Nevada Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

**PARR BROWN GEE & LOVELESS**
JONATHAN O. HAFEN, ESQ
*Admitted pro hac vice*
CHAD S. PEHRSON, ESQ.
*Admitted pro hac vice*
STEPHEN C. MOURITSEN, ESQ.
*Admitted pro hac vice*
101 South 200 East, Suite 700
Salt Lake City, Utah 84111

*Attorneys for Plaintiff American Preparatory Schools, Inc.*

Dated this 9th day of September, 2021

**HAYES | WAKAYAMA**

By: /s/ Liane K. Wakayama, Esq.
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
4735 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89147

*Attorneys for Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas*

Dated this 9th day of September, 2021

**LIPSON NEILSON P.C.**

By: /s/ Lisa J. Zastrow, Esq.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Nevada Charter Academies d/b/a American Preparatory Academy – Las Vegas*

Dated this 9th day of September, 2021

**HOGAN HULET**

By: /s/ Kenneth E. Hogan, Esq.
KENNETH E. HOGAN, ESQ.
Nevada Bar No. 10083
1140 N. Town Center, Ste. 200
Las Vegas, Nevada 89144

*Attorneys for Defendant Rachelle Hulet*

## ORDER

Based on the parties' stipulation **[ECF No. 98]** and good cause appearing, IT IS HEREBY ORDERED that the stay is extended to 12/9/21.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 13, 2021